**Order entered August 11, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00176-CR

**DERRYCK JEROD JAMES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-55636-N**

## ORDER

We **GRANT** appellant's August 7, 2015 motion to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Julie Woods and the Dallas County Public Defender's Office as appointed counsel for appellant.

We **ORDER** the trial court to appoint new counsel to represent appellant in this appeal. We **ORDER** the trial court to transmit a supplemental clerk's record containing the order appointing new counsel to this Court within **FIFTEEN DAYS** of the date of this order.

We **ABATE** the appeal to allow the trial court to comply with this order. We will reinstate the appeal when we receive the order appointing new counsel.

/s/     LANA MYERS
        JUSTICE